# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| MELINDA VILLEGAS AGUIRRE, | No. 5:21-cv-02180-JDE |
| Plaintiff, | |
| v. | ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation (Dkt. 22), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $5,500.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: January 11, 2023

_____
JOHN D. EARLY
United States Magistrate Judge